# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,**<br>6824 Lexington Avenue<br>Los Angeles, CA 90038<br><br>**BUZZFEED INC.,**<br>111 East 18th Street, 13th Floor<br>New York, NY 10003<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY,**<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, D.C. 20528-0485<br><br>    **Defendant.** | Case No. 18-cv-1957 |

## COMPLAINT

1. Plaintiffs JASON LEOPOLD and BUZZFEED INC. file this Freedom of Information Act suit to force Defendant U.S. DEPARTMENT OF HOMELAND SECURITY to produce all emails, briefing books, meeting minutes and notes, calendar entries, and call logs for a single high-ranking official in a specific time frame.

## PARTIES

2. Plaintiffs JASON LEOPOLD and BUZZFEED INC. are members of the media and made the FOIA requests at issue in this case.

3. Defendant U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(6)(c)(i) and presents a federal question conferring jurisdiction on this Court.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## DEFENDANT'S FOIA VIOLATION

6. On June 19, 2018, Plaintiffs requested from DHS: (1) All emails sent or received by Secretary of Homeland Security Kristjen Nielsen during the time period June 1, 2017 through the date the search for responsive records is conducted; (2) All briefing books prepared by Secretary Nielsen in preparation for any meeting she attended as Secretary of Homeland Security; (3) All meeting minutes and other meeting summaries for meetings attended by Secretary Nielsen during the time October 1, 2017 through the date the search for responsive records is conducted; (4) Secretary Nielsen's calendar and appointment book during the time period October 1, 2017 through the date the search for responsive records is conducted; (5) Secretary Nielsen's phone call log during the time period October 1, 2017, through the date the search for responsive records is conducted. A true and correct copy of the full request is attached as Exhibit A.

7. On June 22, 2018, DHS responded with an acknowledgment letter, invoking a 10-day extension of the request due to the "increasing number of FOIA requests received by this office." A true and correct copy of the response is attached as Exhibit B.

8. In further e-mail communication on June 22, 2018, Plaintiffs agreed to limit the timeframe of the request regarding the emails, briefing books, and minutes to January 1, 2018, through the present. A true and correct copy of the email communication is attached as Exhibit C.

9. DHS has not responded further to the request.

## COUNT I – VIOLATION OF FOIA

10. The above paragraphs are incorporated herein.

11. Defendant is an agency subject to FOIA.

12. Plaintiffs made a FOIA request to Defendant for agency records of Defendant.

13. One or more of the requested record are not exempt from disclosure.

14. Defendant has failed to produce the requested records.

**WHEREFORE,** Plaintiffs ask the Court to:

i. Order Defendant to conduct a reasonable search for records and to produce all non-exempt requested records within 90 days of service of this Complaint;

ii. Award Plaintiffs attorney fees and costs; and

iii. Enter any other relief the Court deems appropriate.

DATED: August 21, 2018

Respectfully Submitted,

/s/ Matthew Topic

Attorneys for Plaintiffs

Matthew Topic
*(E-Mail: foia@loevy.com)*
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
Bar No. IL0037

Matthew Schafer
*(E-Mail: matthew.schafer@buzzfeed.com)*
BUZZFEED INC.
111 East 18th Street, 13th Floor

New York, NY 10003
Tel.: (646) 660-0693
Fax: (212) 431-7461
Bar No. 1008728

- 4 -