# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, et al.<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 18-cv-1957 (CRC)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER

Defendant United States Department of Homeland Security ("DHS"), through its undersigned attorneys, hereby submits this answer to Plaintiffs' Complaint under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. DHS specifically denies each and every allegation of the Complaint not otherwise expressly admitted, qualified, or denied in this Answer. Defendant answers as follows:

    1.    This paragraph consists of Plaintiffs' characterization of its lawsuit to which no response is required. To the extent a response is deemed required, DHS admits that Plaintiff purports to bring a claim under the FOIA.

    2.    DHS lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 1.

    3.    Admit.

    4.    The allegations in Paragraph 4 state a legal conclusion to which no response is required. To the extent a response may be deemed required, DHS admits that this Court has jurisdiction over proper FOIA actions.

5.  The allegations in Paragraph 5 state a legal conclusion to which no response is required.  To the extent a response may be deemed required, DHS admits that venue is proper in this District for FOIA actions.

6.  DHS admits it received a FOIA request from Plaintiff dated June 19, 2018.  Defendant respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents.

7.  DHS admits it sent Plaintiff an acknowledgment letter on June 22, 2018.  Defendant respectfully refers the Court to the acknowledgment letter for a complete and accurate statement of its contents.

8.  DHS admits it corresponded with Plaintiff by email on June 22, 2018, with Plaintiff narrowing the search of the original FOIA request to a timeframe of January 1, 2018 to June 22, 2018 for the Secretary's emails, briefing books, and meeting minutes.  Defendant respectfully refers the Court to the Complaint for a complete and accurate statement of its contents.

9.  DHS admits it has not responded directly to Plaintiff since June 22, 2018.  However, it denies the allegation that it has not responded to the FOIA request and avers that it conducted a search for responsive records and identified 17,218 pages of potentially responsive records.

10.  DHS incorporates by reference its responses to all preceding paragraphs.

11.  Admit.

12.  Admit.

13.  The allegations in paragraph 13 contain a conclusion of law to which no response is required.

14.     DHS admits that it has not yet produced responsive records to Plaintiff.

The remaining paragraphs in the Complaint state Plaintiff's request for relief, to which no response is required. To the extent a response is deemed required, DHS denies that Plaintiff is entitled to the relief requested, or to any relief whatever.

## DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Plaintiff is not entitled to compel disclosure of records that are exempt from disclosure pursuant to the FOIA.

## SECOND AFFIRMATIVE DEFENSE

FDA has exercised due diligence in processing Plaintiff's FOIA request, and exceptional circumstances exist that necessitate additional time to complete processing.

Respectfully submitted,

JESSIE K. LIU
United States Attorney for the District of Columbia

DANIEL F. VAN HORN
Chief, Civil Division

By:  ____/s/_____
JOSHUA KOLSKY
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20430
202-252-2541
Joshua.kolsky@usdoj.gov