# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON LEOPOLD, *et al.* ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> HOMELAND SECURITY, ) <br> ) <br> Defendant. ) <br> ) | Case No. 18-cv-1957 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's October 9, 2018, Minute Order, Plaintiffs Jason Leopold, *et al.*, and Defendant U.S. Department of Homeland Security respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case concerns Plaintiffs' FOIA request seeking (1) all emails sent or received by Secretary of Homeland Kristjen Nielsen during the time period June 1, 2017 through the date the search for responsive records is conducted; (2) all briefing books prepared by Secretary Nielsen in preparation for any meeting she attended as Secretary of Homeland Security; (3) all meeting minutes and other meeting summaries for meetings attended by Secretary Nielsen during the time October 1, 2017 through the date the search for responsive records is conducted; (4) Secretary Nielsen's calendar and appointment book during the time period October 1, 2017 through the date the search for responsive records is conducted; (5) Secretary Nielsen's phone call log during the time period October 1, 2017, through the date the search for responsive records is conducted.

Defendant has largely completed its search for responsive records and has collected 26,213 potentially responsive pages.  Defendant proposes to process 250 pages per month and release responsive, non-exempt materials on a monthly basis with the first production to occur on November 16, 2018.  The parties have begun conferring about the scope of the request and production schedule, and they intend to continue conferring.  Plaintiffs have agreed to omit press clippings from the scope of the request, and Defendant's page count reflects this limitation.

Plaintiffs object to a production schedule of only 250 pages per month, but will continue to confer with Defendant in advance of the next JSR deadline.   If agreement on a production schedule is not reached, Plaintiffs will explain their position in the next report.

Accordingly, the parties propose that they file a joint status report sixty days from today and every sixty days thereafter until production is complete.

Respectfully submitted,

 /s/ Matthew Topic
Matthew Topic
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
Bar No. IL0037

Matthew Schafer
(E-Mail: matthew.schafer@buzzfeed.com)
BUZZFEED INC.
111 East 18th Street, 13th Floor
New York, NY 10003
Tel.: (646) 660-0693
Fax: (212) 431-7461
Bar No. 1008728

*Counsel for Plaintiff*

JESSIE K. LIU
United States Attorney
D.C. BAR # 472845

DANIEL F. VAN HORN
Chief, Civil Division
D.C. BAR # 924092

By:_____/s/_____
JOSHUA KOLSKY
D.C. BAR #993430
Assistant United States Attorney
District of Columbia
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2541
Fax: (202) 252-2599
Joshua.kolsky@usdoj.gov

*Counsel for Defendant*