**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JASON LEOPOLD, *et al.* | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) Case No. 18-cv-1957 (CRC) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 25, 2018, Minute Order, Plaintiffs Jason Leopold, *et al.*, and Defendant U.S. Department of Homeland Security respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case concerns Plaintiffs' FOIA request seeking (1) all emails sent or received by Secretary of Homeland Kristjen Nielsen during the time period June 1, 2017 through the date the search for responsive records is conducted; (2) all briefing books prepared by Secretary Nielsen in preparation for any meeting she attended as Secretary of Homeland Security; (3) all meeting minutes and other meeting summaries for meetings attended by Secretary Nielsen during the time October 1, 2017 through the date the search for responsive records is conducted; (4) Secretary Nielsen's calendar and appointment book during the time period October 1, 2017 through the date the search for responsive records is conducted; (5) Secretary Nielsen's phone call log during the time period October 1, 2017, through the date the search for responsive records is conducted.

By letter dated November 16, 2018, Defendant informed Plaintiffs that Defendant had reviewed 253 pages of potentially responsive records and was releasing 11 pages in full and 124 pages in part.  46 pages were determined to be non-responsive, 24 pages were referred to DHS's Federal Emergency Management Agency ("FEMA") for direct response to Plaintiffs, and 48 pages were sent to other agencies for consultation.  By letter dated December 17, 2018, Defendant informed Plaintiffs that Defendant had reviewed 255 pages of potentially responsive records and was releasing 29 pages in full and 157 pages in part.  Two pages were determined to be non-responsive.  67 pages were sent to other agencies for consultations and referrals.  Defendant intends to continue processing at least 250 pages per month.

The parties have been conferring about Defendant's processing rate, and they intend to continue conferring.  The parties will file another joint status report on February 19, 2018, pursuant to the Court-ordered schedule.

Respectfully submitted,

  /s/ Matthew Topic_____
Matthew Topic
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
Bar No. IL0037

Matthew Schafer
(E-Mail: matthew.schafer@buzzfeed.com)
BUZZFEED INC.
111 East 18th Street, 13th Floor
New York, NY 10003
Tel.: (646) 660-0693
Fax: (212) 431-7461

Bar No. 1008728

*Counsel for Plaintiff*


JESSIE K. LIU
United States Attorney
D.C. BAR # 472845

DANIEL F. VAN HORN
Chief, Civil Division
D.C. BAR # 924092

By:_____/s/_____
JOSHUA KOLSKY
D.C. BAR #993430
Assistant United States Attorney
District of Columbia
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2541
Fax: (202) 252-2599
Joshua.kolsky@usdoj.gov

*Counsel for Defendant*