# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON LEOPOLD et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 18-1957 (CRC) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Paul Cirino and remove the appearance of Assistant United States Attorney Joshua M. Kolsky as counsel of record for Defendant in the above-captioned case.

Dated: December 26, 2018         Respectfully submitted,

/s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2529
Fax: (202) 252-2599
paul.cirino@usdoj.gov