**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JASON LEOPOLD, *et al.* | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) | Civil No. 18-1957 (CRC) |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's October 25, 2018, Minute Order, Plaintiffs Jason Leopold, *et al.*, and Defendant U.S. Department of Homeland Security respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case concerns Plaintiffs' FOIA request seeking (1) all emails sent or received by Secretary of Homeland Kirstjen Nielsen during the time period June 1, 2017 through the date the search for responsive records is conducted; (2) all briefing books prepared by Secretary Nielsen in preparation for any meeting she attended as Secretary of Homeland Security; (3) all meeting minutes and other meeting summaries for meetings attended by Secretary Nielsen during the time October 1, 2017 through the date the search for responsive records is conducted; (4) Secretary Nielsen's calendar and appointment book during the time period October 1, 2017 through the date the search for responsive records is conducted; (5) Secretary Nielsen's phone call log during the time period October 1, 2017, through the date the search for responsive records is conducted.

By letter dated February 19, 2019, Defendant informed Plaintiffs that Defendant had reviewed 253 pages of potentially responsive records and was releasing 16 pages in full and 155 pages were withheld in full or in part as part of its third-interim release to Plaintiffs. Defendant also determined that 40 pages were duplicates or not responsive. Defendant sent 42 pages to other agencies for consultations. Defendant intends to continue processing at least 250 pages per month.

The parties have been conferring about Defendant's processing rate, and they intend to continue conferring. Pursuant to the Court's Minute Order of October 25, 2018, the parties will file another joint status report on April 21, 2019.

Dated:  February 19, 2019                      Respectfully submitted,

  /s/ Matthew Topic_____
Matthew Topic
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
Bar No. IL0037

Matthew Schafer
(E-Mail: matthew.schafer@buzzfeed.com)
BUZZFEED INC.
111 East 18th Street, 13th Floor
New York, NY 10003
Tel.: (646) 660-0693
Fax: (212) 431-7461
Bar No. 1008728

*Counsel for Plaintiff*


JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092

        Chief, Civil Division

          /s/ *Paul Cirino*
        PAUL CIRINO
        Assistant United States Attorney
        Civil Division
        U.S. Attorney's Office for the District of Columbia
        555 Fourth Street, N.W.
        Washington, D.C.  20530
        Phone: (202) 252-2529
        Fax: (202) 252-2599
        paul.cirino@usdoj.gov

        *Attorneys for Defendant*