IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, *et. al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF HOMELAND ) <br> SECURITY, ) <br> ) <br> Defendant. ) | Case No. 18-cv-1957 |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. Pro. 7.1 and LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia, the undersigned counsel hereby certifies that Plaintiff BuzzFeed, Inc., is a privately owned corporation.  Ten percent or more of its stock is owned by NBCUniversal Media LLC, a wholly-owned indirect subsidiary of Comcast Corporation, which is publicly traded.  No other publicly held company owns ten percent or more of its stock.[1]

DATED: March 25, 2019

                                              Respectfully Submitted,

                                              */s/ Matthew V. Topic*

                                              Attorneys for Plaintiffs

                                              Matthew Topic
                                              (E-Mail:  foia@loevy.com)
                                              LOEVY & LOEVY
                                              311 N. Aberdeen, Third Floor
                                              Chicago, Illinois 60607
                                              Tel.: (312) 243-5900
                                              Fax: (312) 243-5902
                                              Bar No. IL0037

---

[1] Plaintiff apologizes for not filing this disclosure earlier.

- 2 -

## **CERTIFICATE OF SERVICE**

I, Matthew Topic, an attorney, certify that on March 25, 2019, I caused the foregoing **Plaintiff's Corporate Disclosure Statement** to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Matthew V. Topic*
