**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JASON LEOPOLD, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) | Civil Action No. 18-1957 (CRC) |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's October 25, 2018, Minute Order, Plaintiffs Jason Leopold, *et al.*, and Defendant U.S. Department of Homeland Security respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case concerns Plaintiffs' FOIA request seeking (1) all emails sent or received by former Secretary of Homeland Kirstjen Nielsen during the time period June 1, 2017, through the date the search for responsive records is conducted; (2) all briefing books prepared by Secretary Nielsen in preparation for any meeting she attended as Secretary of Homeland Security; (3) all meeting minutes and other meeting summaries for meetings attended by Secretary Nielsen during the time October 1, 2017, through the date the search for responsive records is conducted; (4) Secretary Nielsen's calendar and appointment book during the time period October 1, 2017, through the date the search for responsive records is conducted; (5) Secretary Nielsen's phone call log during the time period October 1, 2017, through the date the search for responsive records is conducted.

By letter dated April 15, 2019, Defendant informed Plaintiffs that Defendant had reviewed 494 pages of potentially responsive records and was releasing in full 121 pages, releasing in part 189 pages, and withholding in full 80 pages as part of its fifth interim release to Plaintiffs.  Defendant also determined that 45 pages were duplicates or not responsive.  Defendant sent 59 pages to other agencies for consultations.  The parties agree that Defendant will continue to process at least 250 pages per month.

Pursuant to the Court's Minute Order of October 25, 2018, the parties will file another joint status report on June 18, 2019.

Dated:  April 19, 2019						Respectfully submitted,

  /s/ Matthew Topic_____
Matthew Topic
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
Bar No. IL0037

Matthew Schafer
(E-Mail: matthew.schafer@buzzfeed.com)
BUZZFEED INC.
111 East 18th Street, 13th Floor
New York, NY 10003
Tel.: (646) 660-0693
Fax: (212) 431-7461
Bar No. 1008728

*Counsel for Plaintiff*


JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

        /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2529
Fax: (202) 252-2599
paul.cirino@usdoj.gov

*Attorneys for Defendant*