**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JASON LEOPOLD, *et al.*,<br><br>                              Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>                              Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 18-1957 (CRC)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's October 25, 2018, Minute Order, Plaintiffs Jason Leopold, *et al.*, and Defendant U.S. Department of Homeland Security respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case concerns Plaintiffs' FOIA request seeking (1) all emails sent or received by former Secretary of Homeland Kirstjen Nielsen during the time period June 1, 2017, through the date the search for responsive records is conducted; (2) all briefing books prepared by Secretary Nielsen in preparation for any meeting she attended as Secretary of Homeland Security; (3) all meeting minutes and other meeting summaries for meetings attended by Secretary Nielsen during the time October 1, 2017, through the date the search for responsive records is conducted; (4) Secretary Nielsen's calendar and appointment book during the time period October 1, 2017, through the date the search for responsive records is conducted; (5) Secretary Nielsen's phone call log during the time period October 1, 2017, through the date the search for responsive records is conducted.

By letter dated May 16, 2019, Defendant informed Plaintiffs that Defendant had reviewed 879 pages of potentially responsive records and was releasing in full 41 pages, releasing in part 496 pages, and withholding in full 42 pages as part of its sixth interim release to Plaintiffs. Defendant also determined that 115 pages were duplicates or not responsive. Defendant sent 185 pages to other agencies for consultations. The parties agree that Defendant will continue to process at least 250 pages per month.

By letter dated June 14, 2019, Defendant informed Plaintiffs that Defendant had reviewed 300 pages of potentially responsive records and was releasing in full 70 pages, releasing in part 141 pages, and withholding in full 11 pages as part of its seventh interim release to Plaintiffs. Defendant also determined that 22 pages were duplicates or not responsive. Defendant sent 56 pages to other agencies for consultations. The parties agree that Defendant will continue to process at least 250 pages per month.

Pursuant to the Court's Minute Order of October 25, 2018, the parties will file another Joint Status Report on or before August 16, 2019.

Dated:  June 18, 2019                                        Respectfully submitted,

                                                       /s/ Matthew Topic
Matthew Topic
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
Bar No. IL0037

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

    /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Phone: (202) 252-2529
Fax: (202) 252-2599
paul.cirino@usdoj.gov

*Attorneys for Defendant*