**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JASON LEOPOLD, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 18-1957 (CRC) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's October 25, 2018, Minute Order, Plaintiffs and Defendant U.S. Department of Homeland Security respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case concerns Plaintiffs' FOIA request seeking (1) all emails sent or received by former Secretary of Homeland Kirstjen Nielsen during the time period June 1, 2017, through the date the search for responsive records is conducted; (2) all briefing books prepared by Secretary Nielsen in preparation for any meeting she attended as Secretary of Homeland Security; (3) all meeting minutes and other meeting summaries for meetings attended by Secretary Nielsen during the time October 1, 2017, through the date the search for responsive records is conducted; (4) Secretary Nielsen's calendar and appointment book during the time period October 1, 2017, through the date the search for responsive records is conducted; (5) Secretary Nielsen's phone call log during the time period October 1, 2017, through the date the search for responsive records is conducted.

By letter dated September 13, 2019, Defendant informed Plaintiffs that Defendant had reviewed 263 pages of potentially responsive records and was releasing in full 22 pages, releasing in part 130 pages as part of its 10th interim release to Plaintiffs.  Defendant also determined that 50 pages were duplicates or non-responsive.  Defendant sent 61 pages to other agencies for consultations.

By letter dated October 15, 2019, Defendant informed Plaintiffs that Defendant had reviewed 262 pages of potentially responsive records and was releasing in full 15 pages, releasing in part 134 pages as part of its 10th interim release to Plaintiffs.  Defendant also determined that 43 pages were duplicates or non-responsive.  Defendant sent 69 pages to other agencies for consultations, and one page to the U.S. Secret Service for review and direct response.  The parties agree that Defendant will continue to process at least 250 pages per month.

Pursuant to the Court's Minute Order of October 25, 2018, the parties will file another Joint Status Report on or before December 16, 2019.

Dated:  October 15, 2019                    Respectfully submitted,

  /s/ Matthew Topic
Matthew Topic
Merrick Wayne
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
Bar Nos. IL0037, IL0058

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

/s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Attorneys for Defendant*